COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00152-CV |
| Style: | Donald B. Mullins and Blue Sky Right of Way, LLC |
| | **v** Martinez Row f/k/a Martinez Investments |
| Date motion filed[*]: | April 29, 2015 |
| Type of motion: | Motion to substitute counsel |
| Party filing motion: | Appellee |
| Document to be filed: | N/A |

Is appeal accelerated?      No

Ordered that motion is:

    ☑    Granted

            If document is to be filed, document due:

            ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

       **The Clerk of this Court is ordered to substitute David P. Boyce for Leslie Shores as appellee's counsel of record.** *See* **TEX. R. APP. P. 6.5(d).**

_____

_____

Judge's signature: _/s/ Chief Justice Sherry Radack
                 ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date:  May 5, 2015